# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 354P16 | Catrina Jarrett v. William Andrew Jarrett | 1. Def's Motion for Temporary Stay (COA15-1346) | 1. Allowed **09/27/2016** Dissolved **10/28/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied **10/28/2016** |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied **10/28/2016** |
| 355P15 | State v. Derrick Aundra Huey | 1. State's Motion for Temporary Stay (COA15-100) | 1. Allowed **10/26/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 358P15-2 | State v. Shawn Louis Goodman | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Rowan County (COAP14-917) | Dismissed |
| 359P16 | State v. Joseph Maurice Craig | Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP16-105) | Dismissed |
| 360P16 | State v. Thomas J. Valentine | Def's *Pro Se* Motion for PDR (COAP16-266) | Dismissed |
| 362P16 | Aleta Alston-Toure v. Yehudit Toure and Nkrumah Jennings | Plt's *Pro Se* Motion for Notice of Appeal | Dismissed |
| 363P16 | State v. Credrick D. Washington | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Cabarrus County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 364P16 | State v. Bryan Lane Lanier | Def's *Pro Se* Motion to Subpoena Defense Witnesses | Dismissed **10/21/2016** |
| 365A16 | State v. David Michael Reed | 1. State's Motion for Temporary Stay (COA16-33) | 1. Allowed **10/05/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **11/02/2016** |
| | | 3. State's Notice of Appeal Based Upon a Dissent | 3. — |
| 366P16 | State v. Angelo Applewhite | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP16-651) | Dismissed |